DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED APR - 6 2011 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re: ) Chapter 13
)
AMBER M SMITH ) Case No. 05-59484 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487612 for an unclaimed dividend in the amount of $13.93. The name and address of the claimant entitled to the unclaimed dividend is as follows;

AMBER M SMITH
1698 GRANADA ST
SEASIDE, CA 93955

Dated: April 05, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE